UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>LORENA ELIZABETH CHAIREZ MARTINEZ (2),<br><br>　　　　　Defendant. | Case No.: 23-CR-1853-JAH<br><br>**JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE** |

　　The United States' Motion to Dismiss the Information as to this defendant only (Dkt. No. 89) is hereby GRANTED. The Information (Dkt. No. 45) is DISMISSED as to this defendant only, without prejudice.

　　**IT IS SO ORDERED.**

DATED: November 16, 2023

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE